RUSSO–CHINESE BANK v. NATIONAL BANK OF COMMERCE OF SEATTLE, WASH.

(Circuit Court of Appeals, Ninth Circuit.  May 4, 1914.)

No. 2182.

On motion for rehearing.  Affirmed.

For prior opinion, see 206 Fed. 646, 124 C. C. A. 434.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM.  Further consideration of this case satisfies us of the correctness of our decision when it was last under consideration (206 Fed. 646, 124 C. C. A. 434), and for the reasons there given the judgment is affirmed.